OPINION # O-5181 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.